# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| MICAH MEYERS,<br><br>  Plaintiff,<br><br>vs.<br><br>MAMMOET USA NORTH INC., and GREG MCCAULEY, REGINA HAMMAC, and ANTHONY GARCIA in their individual and professional capacities,<br><br>  Defendants. | Case No. 1:23-cv-12<br>Iowa District Ct. Case No. LACV026246<br><br>**NOTICE OF REMOVAL** |

**COMES NOW** Defendant, Mammoet USA North Inc. (Defendant"), by and through its attorney, MWH Law Group LLP, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and hereby removes the above-captioned cause of action from the Iowa District Court for Cass County to the United States District Court, Southern District of Iowa, Western Division. In support thereof, Defendant states the following:

1. This action was originally filed by Plaintiff against Defendants on or about April 14, 2023, in the Iowa District Court in and for Cass County, entitled *Micah Meyers v. Mammoet USA North Inc. and Greg McCauley, Regina Hammac and Anthony Garcia*, Case No. LACV026246. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, a copy of the Petition at Law is attached as **Exhibit 1**.

2. Service was made upon Defendant Mammoet USA North Inc. on May 1, 2023.

3. This case may be removed from the Iowa District Court in and for Cass County to the United States District Court for the Southern District of Iowa, Western Division, pursuant to

28 U.S.C. § 1332. The United States District Court has original jurisdiction over the litigation filed in state court based on diversity of the parties.

4. This is a civil action in which Plaintiff is alleging wrongful discharge. Plaintiff seeks injunctive relief as well as awards for compensatory damages, past and future lost wages and benefits, past and future loss of enjoyment of life, past and future mental and emotional distress, punitive damages, reasonable attorney fees and the costs of this suit. If the Plaintiff prevails on his claims as set forth above, upon information and belief his damages at the time of trial would exceed the jurisdictional requirement set forth in 28 U.S.C. § 1332(a).

5. Defendant, Mammoet USA North Inc., is incorporated under the laws of the State of Delaware, and its principal place of business is in Oakland, California. Upon information and belief, Defendant Greg McCauley is deemed to be a citizen of Texas pursuant to 28 U.S.C. 1332(c)(1). Upon information and belief, Defendant Regina Hammac is deemed to be a citizen of Louisiana pursuant to 28 U.S.C. 1332(c)(1). Upon information and belief, Defendant Anthony Garcia, is deemed to be a citizen of Texas pursuant to 28 U.S.C. 1332(c)(1).

6. Upon information and belief, Plaintiff is a citizen and resident of the City of Ankeny, Polk County, Iowa.

7. The time for filing this notice of removal has not run because thirty (30) days has not expired since May 1, 2023, the date on which Mammoet USA North Inc was served with the Original Notice and Petition at Law.

8. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, a copy of the Original Notice and Petition and Jury Demand filed by the Plaintiff is attached and incorporated herein by reference as **Exhibit No. 1**. The other pleadings in the action pending in the Iowa District Court in and for Cass County are attached and incorporated herein by reference as **Exhibit No. 2**.

9. Pursuant to Local Rule 81(a), Defendant states that this is the only matter currently pending in the state court that will require resolution. Defendant has not been served with and is not aware of any other process, pleadings, and/or orders in the action pending in the Iowa District Court for Cass County.

10. Counsel that has appeared on behalf of Plaintiff in state court is:

Christopher Stewart
Konnor Hodges
GRIBBLE, BOLES, STEWART & WITOSKY LAW
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
Telephone: (515) 235-0551
Facsimile: (515) 243-3696
E-Mail: cstewart@gbswlaw.com
E-Mail: khodges@gbswlaw.com

11. This Notice of Removal is being served upon the Plaintiff's counsel by mail and is being filed with the Clerk of the Iowa District Court in and for Cass County.

**WHEREFORE**, Defendant gives notice that the above-captioned action now pending against it in the Iowa District Court in and for Cass County is removed therefrom to the United States District Court for the Southern District of Iowa, Western Division.

Respectfully submitted,
*/s/ Julie T. Bittner*
Julie T. Bittner, AT0009719
Megan M. Regennitter, AT00013255
MWH LAW GROUP LLP
4350 Westown Parkway, Suite 120
West Des Moines, IA 50266
Telephone: (515) 453-8509
Facsimile: (515) 267-1408
E-mail: julie.bittner@mwhlawgroup.com
E-mail: megan.regennitter@mwhlawgroup.com
*Attorney for Defendant Mammoet USA North Inc.*

## **PROOF OF SERVICE**

I hereby certify that on May 22, 2023 I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

*/s/ Brooke E. Klingbeil*

I further certify that on May 22, 2023, I mailed a copy of the foregoing to opposing counsel at the address listed below:

Christopher Stewart
Konnor Hodges
GRIBBLE, BOLES, STEWART & WITOSKY LAW
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
Telephone: (515) 235-0551
Facsimile: (515) 243-3696
E-Mail: cstewart@gbswlaw.com
E-Mail: khodges@gbswlaw.com
*Attorneys for Plaintiff*

*/s/ Brooke E. Klingbeil*